# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VILLEGAS<br><br>      Plaintiff(s),<br><br>v.<br><br>KYONG SUN KIM, et al.<br><br>      Defendant(s). | CASE NO. 2:20−cv−07711−DSF−E<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed.  Plaintiff is ordered to file a motion for default judgment on or before October 25, 2021.  Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: September 24, 2021             /s/ *Dale S. Fischer*
                                                Dale S. Fischer
                                                United States District Judge