JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VILLEGAS,<br><br>Plaintiff,<br><br>v.<br><br>KYONG SUN KIM, et al.,<br><br>Defendant. | Case No. CV 20-7711 DSF (Ex)<br><br>JUDGMENT |

   The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to file a motion for default judgment as to defendant Estate of Kyong Sun Kim,

   IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: November 2, 2021

_____
Dale S. Fischer
United States District Judge